

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

E-filing

| Jimmy D. Hall, et al | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. |
| Pfizer, Inc., Pharmacia Corp., G.D. Searle, LLC | ) |
| Defendant | ) |

CV 08   1798

**Summons in a Civil Action**

To:   Pfizer, Inc.
            *(Defendant's name)*

**CRB**

A lawsuit has been filed against you.

    Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Richard J. Arsenault
Neblett, Beard & Arsenault
P.O. Box 1190
Alexandria, LA  71309-1190

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  APR  3  08

Richard W. Wieking
Name of clerk of court
MARY ANN BUCKLEY

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

E-filing

| | | |
|---|---|---|
| Jimmy D. Hall, et al | ) | CV 08 1798 |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Pfizer, Inc., Pharmacia Corp., G.D. Searle, LLC | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

CRB

To:   Pharmacia Corporation
         *(Defendant's name)*

A lawsuit has been filed against you.

   Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Richard J. Arsenault
Neblett, Beard & Arsenault
P.O. Box 1190
Alexandria, LA  71309-1190

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                          Richard W. Wieking
                                                                                          Name of clerk of court

Date:   APR   3   2008                                        MARY ANN BUCKLEY
                                                                                          Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

E-filing

| Jimmy D. Hall, et al | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. |
| Pfizer, Inc., Pharmacia Corp., G.D. Searle, LLC | ) |
| Defendant | ) |

Summons in a Civil Action

1798

To:   G.D. Searle, LLC
         *(Defendant's name)*

**CRB**

A lawsuit has been filed against you.

Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Richard J. Arsenault
Neblett, Beard & Arsenault
P.O. Box 1190
Alexandria, LA 71309-1190

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

APR 3 2008

Richard W. Wieking
Name of clerk of court

Date: _____

MARY ANN BUCKLEY
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*