Attorney or Party without Attorney:
NEBLETT, BEARD & ARSENAULT
2220 BONAVENTURE COURT
ALEXANDRIA, LA 71309
Telephone No: 318-487-9874     FAX No: 318-561-2591

Ref. No. or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: JIMMY D. HALL, et al.

Defendant: PFIZER, INC., et al.

For Court Use Only

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: CV 08 1798 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS & COMPLAINT

3. a. Party served:            PFIZER, INC.-C/O C.T. CORPORATION SYSTEM, AGENT
   b. Person served:          MARGARET WILSON-PROCESS SPECIALIST

4. Address where the party was served:    818 WEST SEVENTH STREET
                                           LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 16, 2008 (2) at: 11:04AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: PFIZER, INC.-C/O C.T. CORPORATION SYSTEM, AGENT
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BENON DEMIRCHYAN                        d. *The Fee for Service was:* $75.00
   b. **COUNTRYWIDE PROCESS, LLC**           e. I am: (3) registered California process server
      5437 LAUREL CANYON BLVD. #112              (i)   Independent Contractor
      VALLEY VILLAGE, CA 91607                   (ii)  *Registration No.:*      3929
   c. (818) 980-7378, FAX (818) 980-5358         (iii) *County:*               Los Angeles
                                                  (iv)  *Expiration Date:*      Sat, Jun. 07, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Apr. 16, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(BENON DEMIRCHYAN)

200864624.nebars.65537