Justin G. Witkin
Aylstock, Witkin, Kreis & Overholtz, PLLC
55 Baybridge Drive,
Gulf Breeze, FL 32561
(850) 916-7450 Phone
(850) 932-0280 Fax
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>Jimmy D. Hall, individually and on behalf of J.C. Arnold, Anthony Lockhart, individually and on behalf of Ora Dee Lockhart, Esobell Martin, Diane Roberts, individually and on behalf of Jimmie G. Roberts, Mae Ola Russell, individually and on behalf of Talmus Charles Russell, and Kenneth W. Strausser v. Pfizer Inc., Pharmacia Corporation, and G.D. Searle, LLC<br><br>J.C. Arnold v. Pfizer Inc., et al<br>08-CV-01798 | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-1-

EAST\42626994.1

DATED: December 30, 2009   By: _____

Aylstock, Witkin, Kreis & Overholtz, PLLC
55 Baybridge Drive,
Gulf Breeze, FL 32561
(850) 916-7450 Phone
(850) 932-0280 Fax

*Attorneys for Plaintiffs*

DATED: Jan. 26, 2010   By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 22 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-